UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee,

            *Plaintiff,*

v.

MARGATE FUNDING I, LTD.; MARGATE FUNDING I, CORP.; MACQUARIE INVESTMENT MANAGEMENT ADVISERS (F/K/A DELAWARE INVESTMENT ADVISORS); ANGELO GORDON MANAGEMENT, LLC; BRACEBRIDGE CAPITAL, LLC; SERENGETI ASSET MANAGEMENT, LP; CITIBANK, N.A.; BANK OF AMERICA, N.A.; CEDE & CO., AND JOHN DOES 1 THROUGH 100,

            *Defendants.*

No. 21-cv-4939 (PAC)

**ORDER**

---

On December 1, 2022, the Court held a pre-motion conference to address Interpleader-Defendant Pacific Investment Management Company LLC ("PIMCO")'s discovery request for materials held by Interpleader-Defendant Angelo Gordon Management, LLC ("AG"). *See* ECF Nos. 96, 97. PIMCO seeks documents and communications regarding AG's August 2021 purchase of Class A2 Notes ("Purchase"). As discussed at the conference, the Court **ORDERS** that AG produce to PIMCO:

- The purchase date, counterparty, amount purchased, and purchase price of the Purchase;

- Any specific information or documents concerning the Purchase, including documents regarding valuation;

- Any documents regarding any assignment agreements with Citibank, including any written assignment agreements and/or formal contracts that expressly assign claims, regarding the Purchase;

1

- Any contemporaneous modeling regarding valuation of the Purchase;

Unresolved is AG's production of non-privileged communications regarding the Purchase. AG advised at the conference, however, that it would be willing to conduct a narrow, targeted search for these communications. AG and PIMCO are thus also directed to meet and confer on how to conduct such a narrow, targeted search for non-privileged communications regarding the Purchase, over a period beginning with the start of Purchase negotiations and ending with the Purchase settlement in August 2021.

Dated: New York, New York
December __, 2022

SO ORDERED

_____
HONORABLE PAUL A. CROTTY
United States District Judge