UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
: 
WELLS FARGO BANK, NATIONAL :
ASSOCIATION, as Trustee, : **ORDER GRANTING MOTION**
: **FOR JUDGMENT ON THE**
Plaintiff, : **PLEADINGS**
:
-against- : 21 Civ. 4939 (AKH)
:
MARGATE FUNDING I, LTD., MARGATE :
FUNDING I, CORP., MACQUARIE :
INVESTMENT MANAGEMENT ADVISERS, :
ANGELO GORDON MANAGEMENT, LLC, :
BRACEBRIDGE CAPITAL, LLC, SERENGETI :
ASSET MANAGEMENT, LP, CITIBANK, N.A., :
CEDE & CO., JOHN DOES 1-100, BOFA :
SECURITIES, INC, PACIFIC INVESTMENT :
MANAGEMENT COMPANY LLC, :
:
Defendants. :
--------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Interpleader Defendant Macquarie Investment Management Advisers moves for judgment on the pleadings under Fed. R. Civ. P. 12(c). No claim has been asserted against Macquarie, and they have made no affirmative claim to the disputed funds. Interpleader Defendant Macquarie Investment Management Advisers' motion for judgment on the pleadings is therefore granted, and they are dismissed as a party from the case. The Clerk is directed to terminate the motion, ECF No. 125.

      SO ORDERED.

Dated:     January 23, 2025
             New York, New York

                                                          ALVIN K. HELLERSTEIN
                                                          United States District Judge

1