UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
WELLS FARGO BANK, NATIONAL :
ASSOCIATION, as Trustee, : **ORDER GRANTING MOTIONS**
: **TO SEAL**
Plaintiff, :
: 21 Civ. 4939 (AKH)
-against- :
:
MARGATE FUNDING I, LTD., MARGATE :
FUNDING I, CORP., MACQUARIE :
INVESTMENT MANAGEMENT ADVISERS, :
ANGELO GORDON MANAGEMENT, LLC, :
BRACEBRIDGE CAPITAL, LLC, SERENGETI :
ASSET MANAGEMENT, LP, CITIBANK, N.A., :
CEDE & CO., JOHN DOES 1-100, BOFA :
SECURITIES, INC, PACIFIC INVESTMENT :
MANAGEMENT COMPANY LLC, :
:
Defendants. :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Junior Noteholders move to seal certain exhibits submitted with their summary judgment papers, and the Senior Noteholders move to seal the portions of their summary judgment papers that relied on those exhibits. Due to the confidential and proprietary nature of the emails at issue, the Junior Noteholders' motion to seal, ECF No. 133, and the Senior Noteholders' corresponding motion to seal, ECF No. 140, are granted. The redacted confidential emails, ECF No. 131-26 (Exhibit 23 to the Declaration of Michael A. Hanin) and ECF No. 131-36 (Exhibit 33 to the Declaration of Michael A. Hanin), are to be filed in full under seal, with the redacted copies remaining in the public record.

1

The Clerk is directed to terminate the motions, ECF Nos. 133 and 140.

SO ORDERED.

Dated: January 23, 2025
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge