UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
WELLS FARGO BANK, NATIONAL                                     :
ASSOCIATION, as Trustee,                                       :   **ORDER REGULATING**
                                              Plaintiff,       :   **JUDGMENT PROCEEDINGS**
                                                               :
-against-                                                      :
                                                               :   21 Civ. 4939 (AKH)
MARGATE FUNDING I, LTD. et al.,                                :
                                                               :
                                              Defendants.      :
                                                               :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

Interpleader Defendants, Angelo Gordon Management, LLC and Bracebridge Capital, LLC, by March 14, 2025, shall identify (1) which of the Court's findings of fact and conclusions of law constitute error, (2) what are the alleged disputed issues of credibility, and (3) what is the note rate of interest in the absence of LIBOR.

Said Interpleader Defendants shall, by said date, comment on PIMCO's computations, ECF No. 159. Similarly, by said date, PIMCO shall comment on the Interpleader Defendants' computations reflected in their letter of February 21, 2025, ECF No. 160.

SO ORDERED.

Dated:   February 25, 2025                       /s/ Alvin K. Hellerstein
         New York, New York                      _____
                                                 ALVIN K. HELLERSTEIN
                                                 United States District Judge

1