# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

WELLS FARGO BANK, NATIONAL ASSOCIATION, as
Trustee,

                Plaintiff,                       21 **CIVIL** 4939 (AKH)

           -against-                             **<u>JUDGMENT</u>**

MARGATE FUNDING I, LTD., MARGATE
FUNDING I, CORP., MACQUARIE
INVESTMENT MANAGEMENT ADVISERS,
ANGELO GORDON MANAGEMENT, LLC,
BRACEBRIDGE CAPITAL, LLC, SERENGETI
ASSET MANAGEMENT, LP, CITIBANK, N.A.,
CEDE & CO., JOHN DOES 1-100, BOF A
SECURITIES, INC, PACIFIC INVESTMENT
MANAGEMENT COMPANY LLC.

                Defendants.

-------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Corrected Amended Findings of Fact and Conclusions of Law dated May 01, 2025, the sale of all nine securities was authorized by the Trust Indenture. The Collateral Manager caused the nine securities to be sold in a commercially reasonable manner. PIMCO shall recover the funds in the escrow amount, $20,845,308.35, plus interest at five percent from June 4, 2021 through April 8, 2025 in the amount of $4,009,152.46; less: The overpayment outlined in paragraph 27(d) of Findings of Fact, in the amount of $183,744, with interest at five percent from the date of the overpayment, December 5, 2022, through April 8, 2025 in the amount of $21,520.70, and have judgment for costs as taxed by the Clerk, and Plaintiff Wells Fargo Bank, N.A., as Trustee, shall cause all such funds to be paid, via The Depository Trust

Company, to the Senior Noteholders of the Margate COO (i.e., the Holders of Margate Class A1S Notes, which are the PIMCO investment funds represented by PIMCO in this action) within 30 days following entry of judgment.

**Dated:**  New York, New York
May 5, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:** _____
**Deputy Clerk**